UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CARLTON PARKS**                                                     **CIVIL ACTION**

**VERSUS**                                                            **NO. 12-0297**

**BURL CAIN, WARDEN**                                                 **SECTION "F"(5)**

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Carlton Parks for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this <u>6th</u> day of <u>February</u>, 2014.

_____
UNITED STATES DISTRICT JUDGE