UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARLTON PARKS                                                      CIVIL ACTION

VERSUS                                                             NUMBER: 12-0297

BURL CAIN, WARDEN                                                  SECTION: "F"(5)

**ORDER**

The Court, having considered the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's notice of appeal (rec. doc. 20) is deemed to be timely-filed.

New Orleans, Louisiana, this 19th day of November, 2014.

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE